UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH A. DUBE, JR.,

              Plaintiff,

-vs-                                      Case No. 6:08-cv-1042-Orl-28DAB

STEPHINIE SCHWAGER, FLORIDA
DEPT. OF REVENUE, COURT OF
COMMON PLEAS OF MONTGOMERY
COUNTY, PENNSYLVANIA,
DEPARTMENT OF CHILDREN AND
FAMILIES OF FLORIDA, AND
DEPARTMENT OF CHILDREN AND
FAMILIES OF PENNSYLVANIA,

              Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) and Motion to Appoint Counsel (Doc. No. 3) filed June 26, 2008. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 30, 2008 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

3. Plaintiff's Motion to Appoint Counsel (Doc. No. 3) is **DENIED**.

4. Plaintiff's Complaint is **dismissed** for lack of jurisdiction.

5. Plaintiff may file an amended complaint within eleven (11) days from the date of this Order that sets forth some claim that is within the limited jurisdiction of this Court against a defendant amenable to suit in this Court. Any such amendment must meet the requirements of Rule 8 of the Federal Rules of Civil Procedure that the complaint contain "a short and plain statement of the grounds upon which the court's jurisdiction depends" and "a short and plain statement of the claim showing that the pleader is entitled to relief."

6. If Plaintiff fails to file his amended complaint within the time set forth above, this case will be closed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 29 day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party